WOODMERE PARK ASSOCIATION, INC., et al., Suing on Behalf of Themselves and on Behalf of All Other Resident Property Owners of WOODMERE PARK, WOODMERE, NEW YORK, Similarly Situated, Appellants, v. CEDARPOINT REALTY Co., INC., et al., Respondents. —

Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *post*, p. 801.]